IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT TYRONE COOPER,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 10-1694 |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 26th day of January 2011, upon consideration of Plaintiff's request for review and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's request for reversal is **GRANTED**; and

3. The matter is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**